IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT TAYLOR, :

    Plaintiff, :

vs. : CIVIL ACTION 06-00365-BH-B

CAPTAIN ROBINSON, *et al.*, :

    Defendants. :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation (Doc. 15) of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated January 28, 2008, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Northern District of Alabama. The Clerk of this Court shall take such steps as are necessary to effectuate this transfer.

**DONE** this 21st day of February, 2008.

                                            s/ W. B. Hand
                                       SENIOR DISTRICT JUDGE